UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD DUFOUR,

_____ Debtor.    /          Bankruptcy Petition No. 6:10-bk-02389-ABB

JULIE F. WEINBERGER, ESQUIRE

        Plaintiff,          Adv. Case No. _____

vs.

EDWARD DUFOUR,

        Defendant.

_____/

## ADVERSARY COMPLAINT

The Plaintiff, JULIE F. WEINBERGER, ESQUIRE, hereby files an adversary complaint against the Debtor, EDWARD DUFOUR, and alleges the following:

1.    This Adversary Complaint seeks a determination of nondischargeability pursuant to 11 U.S.C. § 523(a)(5) or 11 U.S.C. § 523(a)(15), and seeks money damages and related ancillary relief.

## PARTIES

2.    The Plaintiff, JULIE F. WEINBERGER, ESQUIRE, has offices located at 1005 W. Emmett Street, Kissimmee, Florida 34741.

3.    The Defendant, EDWARD DUFOUR ("Defendant"), resides in Osceola County, Florida.

4.    Defendant filed a petition for Chapter 7 relief on February 18, 2010.

5.      Venue and jurisdiction are proper in this Court pursuant to 28 U.S.C., §§1157, 1334 and 1409.

6.      This adversary proceeding is a "core proceeding" within the meaning of 28 U.S.C. § 157(b)(2)(I).

## GENERAL ALLEGATIONS

7.      In Paragraph 10 of the Final Judgment of Dissolution of Marriage signed on March 24, 2009 (Please see attached Exhibit "A"), the Court granted the Wife's request for contribution of attorney fees in the amount of $3,500.00.

8.      On October 9, 2009, a hearing was held before the Honorable N. James Turner, in the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida; Case No. DR08-DC-2145.

9.      In Paragraph 2 of the Order On Motion For Contempt And/Or Enforcement signed on November 24, 2009 (Please see attached Exhibit "B"), the Court awarded an additional $750.00 plus $90.00 in attorney fees and costs. The Court ordered that it was to be paid at the rate of $350.00 per month until the entire sum of $4,340.00 is paid in full.

10. As of the date of the filing of this Complaint, the Defendant has not made any of the monthly payments toward the attorney fees ordered in Paragraph 2 of the  Order On Motion For Contempt And/Or Enforcement.

WHEREFORE, JULIE F. WEINBERGER, ESQUIRE prays a.) that the court find that the claim of  JULIE F. WEINBERGER, ESQUIRE against EDWARD DUFOUR is now  nondischargeable pursuant to 11 U.S.C. § 523(a)(5) or 11 U.S.C. § 523(a)(15); and b.) that the Court enter Judgment against EDWARD DUFOUR  in the amount of Four

Thousand Three Hundred Forty ($4,340.00) Dollars for the attorney fees due the Plaintiff, JULIE F. WEINBERGER, ESQUIRE, together with all reasonable attorney fees, court costs, and such other and further relief as this Court deems just and proper.

Dated this 21st day of May, 2010.

Brian M. Mark, Esquire
Florida Bar No.: 134207
Brian Michael Mark, P.A.
104 North Church Street
Kissimmee, Florida 34741
Telephone: (407) 932-3933
Telecopier: (407) 932-3965
Attorney for JULIE F. WEINBERGER, ESQUIRE